FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0295

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0295

_____

ROBYN DRISCOLL; MONTANA DEMOCRATIC
PARTY; and DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

      Plaintiffs and Appellees,

  v.                               O R D E R

COREY STAPLETON, in his official capacity as
Montana Secretary of State,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2020